Page 2 Is Copy of Notice to Warden
Page 3 Is Copy of Notice to Marshal



EXHIBIT "A"
(Three Pages Including This Page)

Montez Salamasina Tuia: Ottley – Detainee
# 87604-022 Federal Bureau of Prisons
C/o The Federal Detention Center, Custodian
353 Elliott Street, P.O. Box 30080
Honolulu, Oahu, Hawaii nei 96820

February 24, 2006

Warden John Rathman
C/o Honolulu Federal Detention Center
351 Elliott Street, P.O. Box 30080
Honolulu, Oahu, Hawaii nei 96820

Re: Request and Objection to My Scheduled Transfer Scheduled for Saturday February 25, 2006

Dear Warden Rathman,

I am requesting that you provide me with a certified copy of your order to have me taken from your custody and transferred to California via the United States Marshal ("Marshal"). I also request a certified copy of your copy of Judge Manuel L. Real's warrant of commitment ("Warrant") regarding me. Thus far there is no such government document evidencing Warrant.

I hereby object to the above Transfer based on the following.

Your predecessor, Joe Keffer ("Keffer"), had in error previously transferred me without the requisite order, not to mention the government's failure to conduct a transfer proceeding, as in the instant situation, which is to necessarily include the attendance of appointed counsel per § 4108 *et seq.* of title 18 U.S.C. My communications with the Bureau of Prisons' Director Harley G. Lappin and Keffer noticed them both of these irregular events, which are all of record and if they cannot be found in your files I would take serious note. Keffer's unusual transfer of me is acknowledged by certain Marshals and enjoined to my 9th Circuit Court of Appeals civil suit awaiting hearing and settlement. I pray that you will act immediately on this notice of courtesy should any unwarranted transfer of me happen about under your supervision.

Aloha pumehana,

Montez Ottley
By:

P.S.   I would appreciate your acknowledgement of my Proof of Notification as is also filed in both the District Court and 9th Circuit Court of Appeals.

Cc: file

Montez Salamasina Tuia: Ottley – Detainee
# 87604-022 Federal Bureau of Prisons
C/o The Federal Detention Center, Custodian
353 Elliott Street, P.O. Box 30080
Honolulu, Oahu, Hawaii nei 96820

February 24, 2006

U.S. Marshal Mark Hanohano
C/O U.S. Marshals Service
Prince Kuhio Federal Building
Honolulu, Hawaii 96850

Re: Request for Marshal's Certified Copy of Its Copy of My Warrant of Commitment

Dear Marshal Hanohano,

I am requesting that you provide me with a certified copy of your warrant of commitment ("Warrant") that originated from Judge Manuel L. Real with regard to me. Thus far there is no such government document evidencing said Warrant.

Also, it was instantly brought to my attention that I am scheduled to be involuntarily transferred to California on Saturday February 25, 2006 i.e. tomorrow. If you have in your possession the transfer order I would also appreciate a certified copy of it also. I had previously been transferred by your office in violation of § 4108 *et seq.* of title 18 U.S.C., as my communications with the Bureau of Prisons' Director Harley G. Lappin and the past Honolulu Warden Joe Keffer ("Keffer") can attest. Keffer's irregular transfer of me is enjoined to my 9th Circuit Court of Appeals civil suit awaiting hearing and settlement. I pray that you will act immediately on this notice of courtesy and intervene should any unwarranted transfer of me be attempted.

Aloha pumehana,

BY: Montez Ottley *(signed)*

Cc: file