**ORIGINAL**

Montez Salamasina Tuia: Ottley – Detainee
# 87604-022 Federal Bureau of Prisons
C/o The Federal Detention Center, Custodian
353 Elliott Street, P.O. Box 30080
Honolulu, Oahu, Hawaii nei 96820

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

MAR 0 2 2006

at __ o'clock and __ min. __ M
SUE BEITIA, CLERK

Appearing Specially

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA ) | CASE NO. CR 00-00126 MLR |
| ) | |
| Plaintiff, ) | |
| ) | VERIFIED NOTICE OF PROOF OF |
| vs. ) | NOTIFICATION; ATTACHMENT, |
| ) | PROOF OF SERVICE |
| MONTEZ SALAMASINA OTTLEY© ) | |
| ) | |
| Defendant. ) | |

NOTICE

To:   UNITED STATES OF AMERICA, et al
      C/o United States Courthouse
      Prince Kuhio Federal Building
      Honolulu, Hawaii 96850

   I, Montez ("Me, My, Myself, Mine, and/or I") hereby attach for a second time a copy of My Ninth Circuit Court of Appeals' ("9th") "Verified Application For Writ Of Habeas Corpus…("Writ")" which the above-entitled court ("Court") has either misplaced or discarded along with several other noted documents, although mailed are not recorded.

   I HEREBY VERIFY THE FOLLOWING:

1.   I have personal first hand knowledge of the statements as contained in this Verification and make this Verification to the best of My knowledge and belief;

2.      I have reason to believe that My Agent on March 1, 2006 personally filed My Verified Demand for Offender Transfer Order…and upon filing had noticed that Court's docket was missing certain necessary filings of Mine, which included My most recent "Verified Notice of Proof of Notification ("Notice)", which included My file stamped Ninth Circuit Court of Appeals' Verified Application for Writ of Habeas Corpus ("Writ") and its Attachments dated November 24, 2005 presented to Court and the Honolulu Federal Detention Center's Warden John Rathman via the United States Mail, but clerk of Court claims is now missing or misplaced along with My September 20, 2005 "Memorandum by Declaration…", My "Allocution", My September 22, 2005 "Sentencing Memorandum", the September 27, 2005 "Objection to Sentencing", My "September 21, 2005 Reply/Counterclaim" and My several letters to Court requesting its courtesy for verification and receipt of the aforesaid which Court has mysteriously misplaced or refuses to respond;

3.      Attached hereto as an "ATTACHMENT" is a true and correct copy of Writ;

4.      I have reason to believe that My Agent can provide the necessary Postal receipts should Court find them necessary to verify that the aforesaid documents were mailed;

Because I am now held in the shoe i.e. lock down I am unable to provide the Writ's civil number and its Attachments or My copy of receipt of the Notice, therefore,

I verify that the foregoing is true and correct to the best of My knowledge, information, and belief, which is not meant to mislead.

Executed on this 2nd day of March 2006, Honolulu, Oahu, Hawaii nei.

By: _____
       For Defendant

2

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA ) | CASE NO. CR 00-00126 MLR |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | PROOF OF NOTIFICATION |
| ) | |
| MONTEZ SALAMASINA OTTLEY© ) | |
| ) | |
| Defendant. ) | |

PROOF OF NOTIFICATION

I HEREBY CERTIFY that a true and correct copy of the foregoing "*Verified Notice of Proof of Notification*" to which this proof of Notification is attached will be duly provided upon the following listed below by hand, or by depositing said copies in the United States Mail First Class, postage prepaid, and addressed as follows:

Edward H. Kubo, Jr. 2499  
United States Attorney  
District of Hawaii  
    and  
Larry L. Butrick 3910  
Assistant U.S. Attorney  
Room 6-100, PJKK Federal Building  
300 Ala Moana Boulevard  
Honolulu, Hawaii 96850

U.S. COURT OF APPEALS, 9TH CIRCUIT  
C/O OFFICE OF THE CLERK  
95 SEVENTH STREET  
SAN FRANCISCO, CA 94103-1526

DATED: Honolulu, Oahu, Hawaii nei, March 2, 2006

By: _____  
       For Defendant