ORIGINAL

Montez Salamasina Tuia: Ottley – Detainee
# 87604-022 Federal Bureau of Prisons
C/o The Federal Detention Center, Custodian
353 Elliott Street, P.O. Box 30080
Honolulu, Oahu, Hawaii nei 96820

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

MAR 1 3 2006

at __11__ o'clock and __55__ min. __A__ M
SUE BEITIA, CLERK

Via Anastasia Jones
Daughter of Detainee

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA ) | CASE NO. CR 00-00126 MLR |
| ) | |
| Plaintiff, ) | |
| ) | VERIFIED NOTIFICATION, |
| vs. ) | PROOF OF NOTIFICATION |
| ) | |
| MONTEZ SALAMASINA OTTLEY© ) | |
| ) | |
| Defendant. ) | |
| ) | |

NOTICE

To:   Harley G. Lappin, Director         Office of Internal Affairs
      Bureau of Prisons                  Ph. (202) 307-3286: FAX (202) 514-8625
      320 First Street N.W.              O.I.G. 1-800-869-4499
      Washington, D.C. 20534

VERIFICATION

I Anastasia the undersigned (hereinafter "Me, My, Myself, Mine, and/or I"), hereby appear specially not generally on behalf of My mother the above-entitled detainee Montez Salamasina Tuia: Ottley # 87604-022 ("Detainee").

I HEREBY DECLARE that I am competent to Verify the following:

1.   I have personal first hand knowledge of the facts as contained in this Verification unless said facts are alleged upon information and belief and in those instances I believe said facts to be true and not meant to mislead;

2. On Sunday March 5, 2006, I went down to the Honolulu Federal Detention Center ("FDC") to visit with My mother the detainee ("Detainee") and was informed by the lobby guard ("Guard") that Detainee was on visitation restriction and that there was no one around that I could talk to concerning her situation, wherein the Guard gave me the name of Mr Roy Ball ("Ball") and for Me to either call or see Ball on Monday the 6th of March;

3. On Monday March 6, 2006, I returned to the FDC to speak with Ball about seeing Detainee and was told by the Guard that Ball was unavailable and that Detainee was in the shoe i.e. lock down ("Shoe") and he didn't know why she couldn't see anyone;

4. I told Guard that I would like to talk with someone in authority concerning Detainee, he then made several calls and was told that the FDC couldn't give out that information and if I wanted to know what was happening with Detainee that she would have to tell Me herself;

5. I then asked Guard several questions regarding the Shoe, like: Did Detainee have writing materials to communicate with Me, as I had written to her last week and have not received any response; can she make telephone calls because I haven't received any from her which is irregular, wherein the Guard advised that I should just keep writing until I hear from her, which I then asked him to verify what the procedures are concerning inmates that are in the Shoe, whereas he then made several more calls to verify whether he had provided Me with the proper procedures, he then advised me that Detainee can place one call in 30 days and that there are no restrictions on incoming or outgoing mail;

6. I informed Guard that I wanted to make certain that no one is changing FDC rules concerning Detainee, because I had been informed that someone attempted to transfer Detainee to California in want of an order and that is why Detainee is in the Shoe, no response,

I declare that the foregoing is true and correct to the best of my knowledge, information, and belief, which is not meant to mislead.

Executed on this 6th day of March 2006, Honolulu, Hawaii nei.

By: _____
For Me

---

UNITED STATES OF AMERICA v. MONTEZ SALAMASINA OTTLEY© CR 00-00126MLR

2

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | CASE NO. CR 00-00126 MLR |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | PROOF OF NOTIFICATION |
| | ) | |
| MONTEZ SALAMASINA OTTLEY© | ) | |
| | ) | |
| Defendant. | ) | |

PROOF OF NOTIFICATION

I HEREBY CERTIFY that a true and correct copy of the foregoing "*Verified Notification*" to which this proof of Notification is attached will be duly provided upon the following listed below by hand, or by depositing said copies in the United States Mail First Class, postage prepaid, and addressed as follows:

Edward H. Kubo, Jr. 2499
United States Attorney
District of Hawaii
 and

Larry L. Butrick 3910
Assistant U.S. Attorney
Room 6-100, PJKK Federal Building
300 Ala Moana Boulevard
Honolulu, Hawaii 96850

U.S. Marshal Mark Hanohano
C/O U.S. Marshals Service
Prince Kuhio Federal Building
Honolulu, Hawaii 96850

U.S. COURT OF APPEALS, 9TH CIRCUIT
C/O OFFICE OF THE CLERK
95 SEVENTH STREET
SAN FRANCISCO, CA 94103-1526

Office of Warden John Rathman or Associate
C/o Honolulu Federal Detention Center
351 Elliott Street, P.O. Box 30080
Honolulu, Oahu, Hawaii nei 96820

DATED: Honolulu, Oahu, Hawaii nei, March 6, 2006

By: _____