ORIGINAL

EDWARD H. KUBO, JR. #2499
United States Attorney
District of Hawaii

LARRY L. BUTRICK      #3910
Assistant U.S. Attorney
Room 6100 PJKK, Federal Building
300 Ala Moana Blvd., Box 50183
Honolulu, Hawaii 96850
Telephone: (808) 541-2850
Facsimile: (808) 541-2958
larry.butrick@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

LODGED APR 08 2008 10:10 am
CLERK, U.S. DISTRICT COURT
DISTRICT OF HAWAII

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII
APR 18 2008
at 3 o'clock and 20 min. P.M.
SUE BEITIA, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>    vs.<br><br>MONTEZ SALAMASINA OTTLEY, (01)<br>JOHN WRIGHT,                 (03)<br>RANDE SCOTT WORCESTER,       (06)<br><br>        Defendants. | CR. NO. 00-00126 MLR<br><br>EX PARTE MOTION FOR<br>DISBURSEMENT OF FUNDS;<br>DECLARATION OF COUNSEL;<br>ORDER GRANTING MOTION FOR<br>DISBURSEMENT OF FUNDS |
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>    vs.<br><br>PAUL LAZZARO,<br><br>        Defendant. | CR. NO. 99-00544 MLR |

EX PARTE MOTION FOR DISBURSEMENT OF FUNDS

Comes now UNITED STATES OF AMERICA, by and through its undersigned attorney, hereby moves this Honorable Court for an order designating the Clerk of Court the responsibility of distributing restitution payments in the above-captioned matters.

This Motion is based upon the termination of Thomas Hayes as Restitution Trustee for the victims of the Cayman Island Investment Program. This Motion is made pursuant to the inherent powers of this Court and is based upon the records and files of the above-captioned matters and the attached declaration.

DATED: April 8, 2008, at Honolulu, Hawaii.

        EDWARD H. KUBO, JR.
        United States Attorney
        District of Hawaii

By  /s/ Larry L. Butrick
    LARRY L. BUTRICK
    Assistant U.S. Attorney

Attorneys for Plaintiff
UNITED STATES OF AMERICA