IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR. NO. 00-00126 MLR |
| | ) | |
| Plaintiff, | ) | DECLARATION OF COUNSEL |
| | ) | |
| vs. | ) | |
| | ) | |
| MONTEZ SALAMASINA OTTLEY, (01) | ) | |
| JOHN WRIGHT, (03) | ) | |
| RANDE SCOTT WORCESTER, (06) | ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |
| | ) | |
| UNITED STATES OF AMERICA, | ) | CR. NO. 99-00544 MLR |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| PAUL LAZZARO, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

DECLARATION OF COUNSEL

LARRY L. BUTRICK, declares and states under penalty of
perjury as follows:

1.   I am an Assistant U. S. Attorney with the U. S.
Attorney's Office for the District of Hawaii.  I am the attorney
assigned to the above-captioned matters.

2.   I have contacted Trustee Thomas Hayes who informed
affiant that he was hired as trustee for the Cayman Island
Investment Program to certify a list of victims for restitution
payment from seized assets.

3.    Pursuant to the Restitution Orders in the above-
captioned matters this Court specified that restitution be paid
to, "Victims of the Cayman Islands Investment Program c/o Thomas
Hayes, Trustee."

4.    I have also been informed by Trustee Hayes that he
did certify a list of victims and all seized assets have been
forwarded to the United States Marshal's Service for
distribution.

5.    The United States Marshal has notified affiant
that all seized assets have been distributed with the exception
of approximately $8,000 which has been held in reserve.

6.    Trustee Hayes informed affiant that his services
as Trustee have terminated however, pursuant to the above-
mentioned Court orders, the Clerk of Court has forwarded
restitution payments to him from defendants in the above-
captioned matters.

7.    I have been informed by the Clerk of Court, United
States District Court of Hawaii, that a Court order is required
for the Clerk's Office to assume responsibility for the
distribution of restitution payments in the above-captioned
matters.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

Executed on April 8, 2008 at Honolulu, Hawaii.

_____
LARRY L. BUTRICK